09-23052.ob

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-23052-CIV-ALTONAGA-BROWN

ANDRES ANGULO,

    Plaintiff,

vs.

CAROL CITY GARDENS, LLC, et al.,

    Defendants.
_____/

## ORDER RE: RESPONSE TO COURT ORDER

This matter is before this Court on Defendant's Response to Court Order.., (D.E. 26). The Court has considered the response and all pertinent materials in the file.

There are excuses in this response that would not avoid the imposition of sanctions for the necessity of the filing of the motion to compel ... with one notable exception. Defendant claims that plaintiff asked for responses by March 17th, but filed the motion to compel on the 16th - and this claim appears to be supported. The Court withheld an order on this matter to see if plaintiff would be filing anything, but nothing was filed.

Accordingly, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that no sanctions will be imposed regarding the filing of the motion to compel.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of April, 2010.

_____
STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:    Honorable Cecilia M. Altonaga
       Counsel of record